# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 22, 2024

Lyle W. Cayce
Clerk

No. 23-50764

United States of America,

*Plaintiff—Appellee*,

*versus*

Franklin Johel Saldivar-Navarro,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-893-1

Before King, Southwick, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

We VACATE the special condition of Saldivar-Navarro's sentence requiring him to participate in sex offender treatment if recommended by an evaluator and REMAND for resentencing in light of this Court's decision in *United States v. Fortino Pimentel-Soto*. No. 23-50727, 2024 WL 4692026 (5th Cir. Nov. 6, 2024).

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.